UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Hanfi Marlow Jihad,

               Plaintiff,

vs.                                      ORDER ADOPTING THE
                                          REPORT AND RECOMMENDATION

Commissioner Joan Fabian,
Assistant Commissioner David Crist,
MCF-Stillwater Warden John King,
Assoc. Warden Eddie Miles,
Program Director Bruce Julson,
Program Director David Reishus,
Religious Cord. Gregory Skrypek,
Chaplain Norris Blackmon,
and Assoc. Warden Michelle Smith,

               Defendants.         Civ. No. 09-1604 (DSD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, [Doc. No. 136] and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

    1.    That the Plaintiff's Motion for Entry of Default [Docket No. 91] is denied.

    2.    That the Plaintiff's Motion for Default Judgment [Docket No. 101] is denied.

    3.    That the Plaintiff's Motion for a Protective Order [Docket No. 106] is denied.

Dated: July 14, 2010

                                                                          sDavid S. Doty
                                                                          DAVID S. DOTY
                                                                          United States District Court Judge