UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Hanifi Marlow Jihad,

    Plaintiff,

vs.                                        ORDER

Commissioner Joan Fabian, et al.,

    Defendants.                        Civ. No. 09-1604 (SRN/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated September 7, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Enforce Settlement [Docket No. 209] is **DENIED**.

DATED: October 1, 2012

BY THE COURT:

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge